The motion to quash was overruled on the plea of the district attorney that Act No. 238 of 1932 is unconstitutional.

The case is before us on a writ of certiorari and alternative writs of prohibition and mandamus, to stop the prosecution of the relator.

The only question presented for consideration is whether Act No. 238 of 1932 is unconstitutional. In the case of State of Louisiana v. Herbert Watkins, 176 La. 837, 147 So. 8, this day decided, it was held that Act No. 238 of 1932 is unconstitutional, and therefore the said Hood Act has not been repealed.

For the reasons given in that case the writs issued in this case are recalled, the relief prayed for by the relator is denied, and this proceeding in the Supreme Court is dismissed.

ST. PAUL, J., absent on account of illness takes no part.

▬▬▬

147 So. 12

**STATE of Louisiana v. Arthur CAPPS.**

No. 32225.

Feb. 27, 1933.

Rehearing Denied March 27, 1933.

C. H. McCain, of Colfax, for appellant.

Gaston L. Porterie, Atty. Gen., James O'Connor, Asst. Atty. Gen., Harry Fuller, Dist. Atty., of Winnfield (James O'Niell, Sp. Asst. to Atty. Gen., of counsel), for the State.

O'NIELL, Chief Justice.

The defendant has appealed from a conviction and sentence for violation of the prohibition law, known as the Hood Act, being Act No. 39 of 1921 (Ex. Sess.), as amended by Act No. 57 of 1924. After conviction, and before sentence, he filed a motion in arrest of judgment, contending that the Hood Act was repealed by Act No. 238 of 1932. The district attorney then pleaded that the act of 1932 was unconstitutional. The district judge overruled the motion in arrest of judgment, on the ground that Act No. 238 of 1932 was unconstitutional.

We decided to-day, in State v. Herbert Watkins, 176 La. 837, 147 So. 8, that Act No. 238 of 1932 was unconstitutional and that the Hood Act was therefore yet in effect.

For the reasons given in that case, the conviction and sentence are affirmed.

ST. PAUL, J., absent on account of illness, takes no part.